No opinion. Appeal from sentence dismissed. No appeal lies therefrom. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ROSENZWEIG, Appellant.—

No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOME OWNERS' LOAN CORPORATION, Respondent, v. ALFRED C. HASCY, Assessor of the Village of Pleasantville et al., Appellants.—

It was not necessary for the respondent to show by conclusive proof that the assessments of which it complained were erroneous, but only by a mere preponderance of the credible evidence. (*People ex rel. Wallington Apartments, Inc.* v. *Miller,* 288 N. Y. 31.) The respondent sustained the required burden of proof and no material error was committed by the referee in the admission or exclusion of evidence. Present—Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

BENJAMIN SCAGNELLI, Appellant, v. ANGELO A. MASTRANGELO, Doing Business as UNITED CARTING CO., et al., Respondents.—

Lazansky, P. J., Hagarty and Close, JJ., concur; Carswell and Adel, JJ., dissent and vote to affirm the judgment with the following memorandum: The disputed questions of fact were submitted to the jury on a fair and impartial charge and in our opinion the finding of the jury may not be said to be against the weight of the evidence. (*Mieuli* v. *New York & Queens County Railway Co.,* 136 App. Div. 373.)

EUGENIA SILBERFELD, Respondent, v. HENRI PLESSNER, Appellant.—

No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Appellant, v. HELENE EISENBACH, Defendant, and FLORA EISENBACH, Respondent.—

No opinion. Appeal from judgment of the Municipal Court dated April 8, 1942, dismissed, without costs. Present—Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.